UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE JOHN RIVERA, | ) | CV 09-3299 GAF (FFM) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL RAMOS, | ) | |
| Respondent.. | ) | |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 3, 2009

_____
GARY A. FEESS
United States District Judge